IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER and DOLORES FILIPPONI,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **ACRE MORTGAGE FINANCIAL, Inc.,** *et al.*, | : | |
| *Defendant.* | : | № 10-487 |

# O R D E R

**AND NOW**, this 14th day of October, 2010, as discussed during the telephone conference of October 15, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Default Judgment (Docket No. 15) as to Robert Solorio is **GRANTED**.

2. Plaintiffs' Motion to Amend/Correct the Scheduling Order and for Extension of Time to Complete Discovery (Docket No. 21) is **DENIED** as **MOOT**.

3. Plaintiffs' Amended Motion to Amend/Correct the Scheduling Order and for Extension of Time to Complete Discovery (Docket No. 23) is **DENIED IN PART**, and **GRANTED IN PART**. The Motion is **DENIED** to the extent that the Plaintiff sought to join Carl DiAntonio as an additional defendant (insofar as Plaintiffs' counsel, Mr. Cocco, withdrew this portion of the Motion during the October 14 telephone phone conference). The remainder of the Motion is **GRANTED** as unopposed.

4. Plaintiffs' Motion to Compel More Complete Answers to Discovery (Docket No. 24) is **DENIED** as **MOOT**, per the Parties' agreement during the telephone conference.

5.      Defendant Acre Mortgage & Financial, Inc.'s Motion for Joinder of Third Party Defendants (Docket No. 25) is **GRANTED** as unopposed.  Acre Mortgage shall file any Third Party Complaint by October 25, 2010.

                            BY THE COURT:

                            <u>S/Gene E.K. Pratter</u>
                            GENE E.K. PRATTER
                            UNITED STATES DISTRICT JUDGE